# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

140575

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 140575
                                  COA: 284977

MICHAEL DEWAYNE LASENBY,
      Defendant-Appellant.
                                  Kalamazoo CC: 2007-002014-FC

_____/

      On order of the Court, the application for leave to appeal the December 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010 _____           _____

0517                                             Clerk